UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MARION KILER, *on behalf of herself and all others similarly situated*,

    Plaintiff,

-against-

HYATT CORPORATION,

    Defendant.

Case No.: 1:19-cv-1669

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, HYATT CORPORATION, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____

Kevin A. Fritz, Esq.
Seyfarth Shaw LLP
233 S. Wacker St., Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
kfritz@seyfarth.com

Date: August 14, 2019

For the Plaintiff:

By: _____

C.K. Lee, Esq.
Lee Litigation Group, PLLC
73 West Monroe Street
Chicago, IL 60603
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: August 21, 2019

SO ORDERED

_____
U.S.D.J.